Christopher B. Sullivan (11053) (sullivan@ppktrial.com)
David R. Parkinson (8258) (davidparkinson@ppktrial.com)
Ronald F. Price (5535) (ronprice@ppktrial.com)
Alan W. Dunaway (13514) (alandunaway@ppktrial.com)
5742 West Harold Gatty Drive
Salt Lake City, UT  84116
Telephone:  (801) 530-2900
Facsimile:   (801) 530-2959

Attorneys for Plaintiffs

___

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SANMEDICA INTERNATIONAL LLC, a Utah Limited Liability Company, NOVEX BIOTECH, LLC, a Utah Limited Liability Company, and CARTER-REED COMPANY, LLC, a Utah Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>LEGITSCRIPT, LLC, an Oregon Limited Liability Company; and John Does I-X,<br><br>Defendants. | **JOINT STATUS REPORT**<br><br>Civil No. 2:18-cv-00499<br><br>Judge: Jill N. Parrish |

Plaintiffs SanMedica International, LLC, Novex BioTech, LLC, and Carter-Reed Company, LLC ("Plaintiffs") and Defendant LegitScript, LLC ("Defendant") (collectively the "Parties"), through their respective counsel, hereby submit the following joint status report:

1. On January 15, 2019, after engaging in some discovery, the Parties participated in a full-day mediation with the goal of resolving all of the claims and defenses asserted in this case.  At this mediation, the Parties were unable to agree to settlement terms but did agree to stay the litigation for three months to continue their on-going settlement efforts.

2. On January 22, 2019, the Parties filed a Joint Motion for Stay of the Proceedings [Dkt. No. 15], asking the court for the three-month stay and an extension of all deadlines by a corresponding three months. The Court granted the Joint Motion for Stay of the Proceedings [Dkt. No. 16] and set new deadlines for the case at that time.

3. During the three-month period while the case was stayed, the Parties continued to engage in good-faith settlement efforts to resolve all claims asserted in this case. These efforts to resolve all claims were supported by regularly scheduled conference calls by counsel and direct communication between the Parties. Despite both Parties' efforts, they have been unable to resolve the claims at issue in this case.

4. The Court lifted the three-month stay on May 23, 2019 because the three-month period had ended and ordered the Parties to submit this status report [Dkt. Nos. 17 & 18].

5. Despite the expiration of the three-month stay, the parties are still actively engaged in discussions and efforts to settle all claims in this dispute.

6. Currently, the Parties are still in the fact discovery period, which closes on August 1, 2019. If the Parties are unable to settle the dispute, they anticipate the need to propose a new scheduling order.

DATED this 6th day of June, 2019.

**Price Parkinson & Kerr, PLLC**

/ s/ Christopher B. Sullivan
Christopher B. Sullivan
David R. Parkinson
Ronald F. Price
Alan W. Dunaway
Attorneys for Plaintiffs

**Parsons Behle & Latimer**

/s/  Juliette P. White         (electronically signed with permission)

Juliette P. White
John L. Cooper
J. Adam Wright
Attorneys for Defendant