David R. Parkinson (8258) (davidparkinson@ppktrial.com)
Ronald F. Price (5535) (ronprice@ppktrial.com)
Alan W. Dunaway (13514) (alandunaway@ppktrial.com)
5742 West Harold Gatty Drive
Salt Lake City, UT  84116
Telephone:  (801) 530-2900
Facsimile:   (801) 530-2959

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SANMEDICA INTERNATIONAL LLC, a Utah Limited Liability Company, NOVEX BIOTECH, LLC, a Utah Limited Liability Company, and CARTER-REED COMPANY, LLC, a Utah Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>LEGITSCRIPT, LLC, an Oregon Limited Liability Company; and John Does I-X,<br><br>Defendants. | **STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:18-cv-00499<br><br>Judge: David Barlow<br><br>Magistrate: Cecilia M. Romero |

Plaintiffs SanMedica International, LLC, Novex Biotech, LLC, and Carter-Reed Company, LLC ("Plaintiffs") and Defendant LegitScript LLC ("Defendant"), through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in consideration of a negotiated settlement agreement, hereby stipulate to dismiss this matter with prejudice, with all parties to this stipulation to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

DATED this 17th day of March, 2021.


PRICE PARKINSON AND KERR PLLC

*/s/       Alan W. Dunaway*
David R. Parkinson
Ronald F. Price
Alan W. Dunaway
*Attorneys for Plaintiffs*


PARSONS BEHLE & LATIMER

*/s/       Eric U. Johnson*
Juliette P. White
Eric U. Johnson
Alexandra Hodson
*Attorneys for Defendant*
*(Electronically signed with permission)*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, I caused the foregoing **STIPULATED DISMISSAL WITH PREJUDICE** to be filed using the Court's CM/ECF electronic filing system, which will send notice of filing to all counsel of record.

*/s/ Alan Dunaway*